CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/28/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **TIMOTHY D. MAXEY** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 6:18CV00082 |
| | ) |
| **THERMO KING – CENTRAL CAROLINAS, LLC** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF AND PETITION FOR REMOVAL

Petitioners/Defendants Thermo King – Central Carolinas, LLC ("Thermo King"), by and through its undersigned counsel, and pursuant to 28 U.S.C.§ 1441, et seq., hereby file its Notice of and Petition for Removal of this action from the Circuit Court for Bedford County, in which it is now pending, to the United States District Court for the Western District of Virginia, and in support thereof, respectfully aver as follows:

1. Thermo King – Central Carolinas, LLC has been named as a Defendant in a suit filed in the Circuit Court for Bedford County, Virginia, Case No. CL18002315-00. Suit was filed on August 30, 2018. Defendants were served with the Summons and Complaint on September 10, 2018.

2. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. § 1332.  Defendant seeks to remove this action to this Court under Title 28 U.S.C. § 1441(a).

3. Filed herewith as Exhibit 1 are copies of the Summons and Complaint filed in the Circuit Court for Bedford County, Virginia.

4.      The above-entitled action is a civil action in which the Plaintiff alleges wrongful termination of employment in violation of the public policy of the Commonwealth of Virginia against Defendant in connection with Plaintiff's employment with Thermo King in Bedford County, Virginia from July 31, 2017 until December 8, 2017.

5.      Defendant is entitled to removal because there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.

6.      More specifically, upon information and belief, Plaintiff is a citizen of the Commonwealth of Virginia. See Compl. at ¶1.

7.      It is well established that, for purposes of federal jurisdictional diversity of citizenship, limited liability companies (LLCs) are not corporations, and thus are not considered citizens of their respective states of incorporation and principal places of business, but instead share the citizenship of their members. Poulos v. GeoMet Operating Co., Inc., W.D. Va. No. 1:12CV00094, 2013 WL 2456044, at *1 (W.D. Va. June 6, 2013) (citing Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir.2004) (holding that a Virginia LLC shared the citizenship of its members)); see also SunTrust Bank v. Village at Fair Oaks Owner, LLC 766 F.Supp.2d 686, 688 (E.D.Va. 2011) (citing Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1079–80 (5th Cir. 2008) (noting that although the U.S. Supreme Court has never addressed the question, "[a]ll federal appellate courts that have addressed the issue have reached the same conclusion: like limited partnerships and other unincorporated associations or entities, the citizenship of a LLC is determined by the citizenship of all of its members.")).

8.      The sole owner of Thermo King – Central Carolinas, LLC is Peter Hollett, a citizen of North Carolina. See Dec. of Peter Hollett, attached as Exhibit 2.

9.      Plaintiff's Complaint seeks damages of $350,000.

10. Accordingly, complete diversity of citizenship exists and the amount in controversy exceeds the jurisdictional threshold.

WHEREFORE, Petitioners/Defendant, Thermo King – Central Carolinas, LLC respectfully request that the above-entitled action be removed from the Circuit Court for Bedford County, Virginia to the United States District Court for the Western District of Virginia.

Dated: September 28, 2018

Respectfully submitted,

**THERMO KING – CENTRAL CAROLINAS, LLC**

By: ___*/s/ R. Bryan Holbrook*___
Kevin M. O'Hagan (VSB No. 38513)
R. Bryan Holbrook (VSB No. 86817)
Rachael L. Loughlin (VSB No. 84133)
O'HAGANMEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
Email: kohagan@ohaganmeyer.com
Email: bholbrook@ohaganmeyer.com
Email: rloughlin@ohaganmeyer.com

*Counsel for Defendant Thermo King – Central Carolinas, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system and sent copies of the foregoing document by electronic mail and U.S. Mail, postage pre-paid to:

Terry N. Grimes, Esq.
Brittany M. Haddox, Esq.
Grimes & Haddox, P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
*tgrimes@terryngrimes.com*
*bhaddox@terryngrimes.com*

*/s/ R. Bryan Holbrook*
R. Bryan Holbrook, Esq.
O'HAGANMEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7112
Facsimile: (804) 403-7110
Email: bholbrook@ohaganmeyer.com

*Counsel for Defendant Thermo King – Central Carolinas, LLC*